# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

REGIONS BANK AND REGIONS
COMMERCIAL EQUIPMENT
FINANCE, LLC

NO.  2019 CW 1222

VERSUS

MICHAEL EYMARD, RAIMY
EYMARD, LOUIS EYMARD, II,
OFFSHORE MARINE CONTRACTORS,
INC. AND AVIS J. BOURG, JR.

CONSOLIDATED WITH

AVIS J. BOURG, JR.

VERSUS

**DEC 0 6 2019**

MICHAEL EYMARD, LOUIS J.
EYMARD, II, AND RAIMY EYMARD

---

In Re:    Avis J. Bourg, Jr., applying for supervisory writs,
          17th Judicial District Court, Parish of Lafourche, No.
          131426 c/w 131524.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT NOT CONSIDERED.** This writ application fails to comply with the Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(10). Relator failed to include a copy of the court minutes.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 4-9 and 2-18.7.

If relator seeks to file a new application with this court, it must contain all pertinent documentation, the missing item noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before December 20, 2019, and must contain a copy of this ruling.

**PMc**
**JEW**

**Holdridge, J.,** dissents and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT